RECEIVED
IN MONROE, LA
SEP 0 3 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| EDDIE BROWN | CIVIL ACTION NO. 08-0751 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ALVIN JONES, WARDEN | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein [Doc. No. 4], noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petition for *habeas corpus* [Doc. No. 1] is DENIED AND DISMISSED WITH PREJUDICE since it plainly appears from the face of the petition and exhibits annexed to it that the petitioner is not entitled to relief. *See* 28 U.S.C. § 2254, Rule 4.

MONROE, LOUISIANA, this 29 day of August, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE